**DEBRAUNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **JOHN FRANCIS GLAH, SR.,** | : | |
| Debtor | : | Bky. No. 24-10035 AMC |

**O R D E R**

**AND**, the court having scheduled a hearing to consider whether this case should be dismissed and the Debtor prohibited from refiling any future bankruptcy cases for a period of 365 days;

**AND**, the Debtor having appeared at the hearing unable to oppose the dismissal;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED**.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case for a period of 365 days. The bar on refiling expires on **March 12, 2025.**

**Date: March 14, 2024**

_____
**ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE**